JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-05980-VAP-PVCx | Date | December 16, 2022 |
| Title | Mehrnaz Taat v. ACELL, Inc. et al. | | |

**Present: The Honorable** VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE

| Holidae Crawford | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** MINUTE ORDER DISMISSING CASE (IN CHAMBERS)

As of August 10, 2022, this action was stayed to allow the parties to finalize their settlement (Dkt. 21, 24, 28). On December 13, 2022, the parties filed a Stipulation to Dismiss Case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation") (Dkt. 32).

Pursuant to the parties' Stipulation, the Court hereby ORDERS the stay lifted, and this action dismissed. All dates are hereby vacated and off calendar. The Clerk's Office is directed to close this case (JS-6).

**IT IS SO ORDERED.**